No. 77–6790.   Ochoa v. Estelle, Corrections Director. C. A. 5th Cir.   Certiorari denied.

No. 77–6899.   Santifer v. Mabry, Correction Commissioner.   C. A. 8th Cir.   Certiorari denied.

No. 77–7001.   Ruderer v. United States.   C. A. 7th Cir. Certiorari denied.

No. 77–7015.   Rauch v. United States; and
No. 78–5022.   Corsa v. United States.   C. A. 2d Cir. Certiorari denied.   Reported below: 574 F. 2d 706.

No. 78–51.   J. Ray McDermott & Co., Inc. v. National Labor Relations Board.   C. A. 5th Cir.   Certiorari denied.

No. 78–65.   Independent Cosmetic Manufacturers & Distributors, Inc. v. Department of Health, Education, and Welfare et al.   C. A. D. C. Cir.

No. 78–88.   Dr. John T. MacDonald Foundation, Inc., dba Doctors' Hospital v. Califano, Secretary of Health, Education, and Welfare, et al.   C. A. 5th Cir.   Certiorari denied.

No. 78–93.   Rumpf et al. v. United States.   C. A. 10th Cir.   Certiorari denied.

No. 78–108.   Chapman, Administrator v. United States. C. A. 7th Cir.   Certiorari denied.

No. 78–137.   Taylor v. United States.   C. A. 5th Cir. Certiorari denied.

No. 78–149.   Walls v. United States.   C. A. 9th Cir. Certiorari denied.